IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MACK WYNN, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| | : | |
| D. SCOTT DODRILL, | : | NO. 09-1917 |
| Respondent. | | |

## ORDER

AND NOW, this 10 day of Nov, 2009, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is TRANSFERRED to the United States District Court for the Northern District of Ohio pursuant to 28 U.S.C.§ 1404(a) and 28 U.S.C. § 1631.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.